**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Alkebulan , Inc., et al., | : | |
| | : | |
| Plaintiffs | : | |
| | : | Case No. 2:13-cv-1249 |
| v. | : | |
| | : | Judge Gregory L. Frost |
| City of Columbus | : | |
| Division of Police, et al., | : | |
| | : | Magistrate Judge Norah McCann |
| Defendants. | : | King |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIM BY AGREEMENT OF PARTIES AGAINST THE CITY OF COLUMBUS

Now comes the Plaintiffs, Alkebulan , *et al*., by and through counsel, and, pursuant to Fed. R. Civ. P. 41(a),  hereby dismisses their claims as to the plaintiffs, The City of Columbus, and all defendants  said dismissal being without prejudice and reserving the right to refile the action within one year from the date hereof  by agreement of parties.

Respectfully submitted,                          Respectfully submitted,

/s/ Janet R. Hill Arbogast                        /s/ Byron L. Potts
Janet R. Hill Arbogast (0061955)                  Byron L. Potts (0040246)
Michael R. Halloran (0089093)                     538 East Rich Street
77 North Front Street                             Columbus, Ohio   43215
Columbus, Ohio 43215                              (614) 228-2154 (office)
(614) 645-7385/ 645-6939                          (614) 228-2155 (fax)
(614) 724-6503  (fax)                             E-mail:  byronpotts@msn.com
E-mail: jrhillarbogast@columbus.gov               Attorney for Plaintiffs
          mrhalloran@columbus.gov
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the of February 12, 2016, a copy of the foregoing "Notice of Dismissal" was filed electronically.  Notice of the filing of the foregoing was served via the electronic filing system upon the following:

Janet R. Hill Arbogast (0061955)
Michael R. Halloran (0089093)
77 North Front Street
Columbus, Ohio 43215
Telephone: (614) 645-7385/ 645-6939
Fax: (614) 724-6503
E-mail: jrhillarbogast@columbus.gov
           mrhalloran@columbus.gov
Attorneys for Defendants
City of Columbus et. al.,

/s/ Byron L Potts_____
Byron L. Potts (0040246)
Attorney for Plaintiffs